PEOPLE *v.* DUDGEON.

.This case is controlled by *People* v. *Dudgeon, ante,* 26.

Error to Oceana; Barton (Joseph), J., presiding. Submitted October 16, 1924. (Docket No. 169.) Decided December 10, 1924.

Lee Dudgeon was convicted of manslaughter, and sentenced to imprisonment for not less than 2½ nor more than 15 years in the Michigan reformatory at Ionia. Reversed.

*F. E. Wetmore* and *Fred R. Everett,* for appellant.

*William J. Branstrom,* Special Prosecuting Attorney, for the people.

PER CURIAM. This case is a companion of *People* v. *Dudgeon, ante,* 26, and is ruled thereby.
Judgment reversed and new trial granted.